| | | |
|---|---|---|
| **Ari H. Marcus, Esq.**<br>Licensed to Practice in NJ NY & PA<br>Ari@MarcusZelman.com<br><br>**Yitzchak Zelman, Esq.**<br>Licensed to Practice in NJ & NY<br>Yzelman@MarcusZelman.com | **MARCUS ZELMAN, LLC**<br>ATTORNEY & COUNSELLOR AT LAW<br>Tel: (732) 695-3282<br>Fax: (732) 298-6256<br>www.MarcusZelman.com | **NEW JERSEY OFFICE**:<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br><br>**NEW YORK OFFICE**:<br>1 Deer Run Road<br>Pomona, New York 10970<br><br>*All Correspondences to NJ Office* |

May 29, 2018

Clerk of the Court
District Court of New Jersey
50 Walnut Street
Newark, NJ 07101
*Via ECF*

      Re:      **Arkliss v. Nissan Extended Services North America, Inc. et al**
                  **Civil Case No.: 2:18-cv-05681-WHW-CLW**

### NOTICE OF EXTENSION PURSUANT TO LR 7.1(D)(5)

      The undersigned represents the Plaintiff in the above-referenced action. On May 14, 2018, Defendant Difeo Nissan Partnership filed a Motion to Dismiss the Complaint filed in this action. The motion is currently set for June 18, 2018. Pursuant to Local Rule 7.1(d)(2), the Plaintiff's opposition to such motion is due 14 days before such date, which is Monday, June 4, 2018.

      The original motion day has not previously been extended or adjourned. Pursuant to Local Rule 7.1(d)(5), the undersigned respectfully requests an automatic extension of the time to respond to the Defendant's Motion to Dismiss, and of an adjournment of the original motion date. Pursuant to Local Rule 7.1(d)(5), the new requested motion date is July 2, 2018, which is the next available motion date.

      Kindly contact the undersigned with any questions or concerns.

                                                  Respectfully Submitted,

                                                  /s/ Ari Marcus
                                                  Ari Marcus, Esq.