# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3584

Fabian Arkliss v. Nissan Extended Services North, et al

(D.N.J. No. 2-18-cv-05681)

**O R D E R**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date:  3/15/2019
NMR/cc:    Debra M. Albanese, Esq.
           Jeremy H. Ershow, Esq.
           Ari H. Marcus, Esq.
           Stephen G. Traflet, Esq.
           Yitzchak Zelman, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate